**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHRISTY CARTY, Individually and as Next Friend for Bryce Carty, Justice Carty and Maddy Carty, Minors and as Representative of the Estate of Jimmy Carty Jr, Deceased<br>          Plaintiff,<br><br>v.<br><br>TEXAS DEPARTMENT OF PUBLIC SAFETY, COMMANDER ALBERT RODRIGUEZ, LIEUTENANT ERWIN BALLARTA, et al,<br>          Defendants. | CIVIL ACTION NO. 2-06-cv-138-TJW |

## ORDER

In light of the decision of the United States Court of Appeals for the Fifth Circuit, docketed in this Court on February 22, 2010 [Dkt. No. 142], Plaintiff is hereby ordered to file a Rule 7(a) reply in accordance with *Schultea v. Wood*, 47 F.3d 1427, 1433 (5th Cir. 1995) (en banc). Plaintiff's Rule 7(a) reply is due within twenty days of this order.

It is SO ORDERED.

SIGNED this 18th day of May, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE